## KREEGER v. STATE.
### No. 22397.

Court of Criminal Appeals of Texas.

Feb. 10, 1943.

Rehearing Denied March 17, 1943.

John E. V. Jasper, of Dallas, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was given a thirty-day sentence in jail on a swindling charge in Dallas County.

The record is before us without bills of exception and statement of facts. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.

On Motion for Rehearing.

KRUEGER, Judge.

The motion for rehearing filed by the appellant presents no new matter for review. The proper disposition of the appeal having been made upon the original submission, the motion for rehearing is overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## Jim THOMAS, Appellant, v. STATE of
### Texas, Appellee.
### No. 22450.

Court of Criminal Appeals of Texas.

Feb. 24, 1943.

Geo. S. McCarthy and Clem Calhoun, both of Amarillo, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The appellant has filed his personal affidavit, advising that he does not desire to further prosecute his appeal.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Orville LAFOUR, Appellant, v. STATE of
### Texas, Appellee.
### No. 22487.

Court of Criminal Appeals of Texas.

March 3, 1943.

Edgar C. Huckabee Soule and James H. Letts, both of Houston, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Proper application having been filed, the motion to withdraw the appeal is granted.